FILED

AUG 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2 | Name _ADAMOS_    _ERNESTO_ _D,_    _OIANA_   _B._
     (Last)           (First)           (Initial)

3 |

4 | Prisoner Number _____ _783 GREENLEAF DR., BRENTWOOD. CA. 94513_

   Institutional Address _UNITED STATES IMMIGRATION + CUSTOMS ENFORCEMENT_

5 | _630 SANSOME ST. SAN FRANCISCO, CA. 94111_

6 |

7 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8 | _ERNESTO D. AND OIANA B. ADAMOS_ )
   (Enter the full name of plaintiff in this action.) )

9 | )

            vs.                 CV 08    4116

10 |    Case No _____
          (To be provided by the clerk of court)

   _RODERICK ARCE — ICE_ )

11 | _DANIEL BIBLE — ICE_ )    **PETITION FOR A WRIT**
                  )    **OF HABEAS CORPUS**    **WHA**

12 | _U.S. ATTY GEN. MICHAEL B. MUKASEY_ )

13 | )    **E-filing**

14 | (Enter the full name of respondent(s) or jailor in this action) )

15 |

16 | Read Comments Carefully Before Filling In

17 | When and Where to File

18 | You should file in the Northern District if you were convicted and sentenced in one of these

19 | counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 | San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21 | this district if you are challenging the manner in which your sentence is being executed, such as loss of

22 | good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23 | If you are challenging your conviction or sentence and you were not convicted and sentenced in

24 | one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 | District Court for the district in which the state court that convicted and sentenced you is located. If

26 | you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 | your petition will likely be transferred to the district court for the district that includes the institution

28 | where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS       - 1 -

1   <u>Who to Name as Respondent</u>

2        You must name the person in whose actual custody you are.  This usually means the Warden or

3   jailor.  Do not name the State of California, a city, a county or the superior court of the county in which

4   you are imprisoned or by whom you were convicted and sentenced.  These are not proper

5   respondents.

6        If you are not presently in custody pursuant to the state judgment against which you seek relief

7   but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8   custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9   was entered.

10  A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11       1.  What sentence are you challenging in this petition?

12            (a)    Name and location of court that imposed sentence (for example; Alameda

13                   County Superior Court, Oakland):

14  U.S. COURT OF APPEALS FOR THE NINTH                SAN FRANCISCO
                           CIRCUIT COURT

15                 Court                              Location

16            (b)    Case number, if known _____ 02 - 74336 _____

17            (c)    Date and terms of sentence ____ DEPORTATION / REMOVAL ____

18            (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                   parole or probation, etc.)        Yes __✓__    No _____

20                   Where?

21                   Name of Institution: (ICE) IMMIGRATION + CUSTOMS ENFORCE-
                                                                              MENT

22                   Address: 630 SANSOME ST. SAN FRANCISCO CA. 94111

23       2.  For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known.  If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  ____ VISA OVERSTAYING _____

27  _____

28  _____

PET. FOR WRIT OF HAB. CORPUS          - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3. Did you have any of the following?

    Arraignment:                           Yes ✓    No _____

    Preliminary Hearing:              Yes ✓    No _____

    Motion to Suppress:              Yes _____    No _____

4. How did you plead?

    Guilty _____    Not Guilty ✓    Nolo Contendere _____

    Any other plea (specify) _NOT DEPORTABLE DUE TO U.S, NATIONALITY_

5. If you went to trial, what kind of trial did you have?

    Jury _____    Judge alone ✓    Judge alone on a transcript ✓

6. Did you testify at your trial?            Yes ✓    No _____

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment               Yes ✓    No _____

    (b)    Preliminary hearing       Yes ✓    No _____

    (c)    Time of plea              Yes ✓    No _____

    (d)    Trial                     Yes ✓    No _____

    (e)    Sentencing              Yes ✓    No _____

    (f)    Appeal                  Yes ✓    No _____

    (g)    Other post-conviction proceeding    Yes ✓    No _____

8. Did you appeal your conviction?      Yes ✓    No _____

    (a)    If you did, to what court(s) did you appeal?

            Court of Appeal _9th CIRCUIT_  Yes ✓    No _____

            Year: _2004_        Result: _DENIED_

            Supreme Court of California     Yes _____    No ✓

            Year: _____        Result:_____

            Any other court            Yes _____    No _____

            Year: _____        Result:_____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

1    petition?                                    Yes _____    No ✓

2    (c)    Was there an opinion?                  Yes _____    No ✓

3    (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                  Yes _____    No ✓

5    If you did, give the name of the court and the result:

6    _____

7    _____

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?         Yes _____    No ✓

10    [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11    challenged the same conviction you are challenging now and if that petition was denied or dismissed

12    with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13    for an order authorizing the district court to consider this petition. You may not file a second or

14    subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15    U.S.C. §§ 2244(b).]

16    (a)    If you sought relief in any proceeding other than an appeal, answer the following

17           questions for each proceeding. Attach extra paper if you need more space.

18    1.     Name of Court: _____NO_____

19           Type of Proceeding: _____

20           Grounds raised (Be brief but specific):

21           a._____

22           b._____

23           c._____

24           d._____

25           Result: _____Date of Result:_____

26    II.    Name of Court: _____

27           Type of Proceeding: _____

28           Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

1           a._____

2           b._____

3           c._____

4           d._____

5           Result: _____Date of Result:_____

6      III.   Name of Court: _____

7           Type of Proceeding: _____

8           Grounds raised (Be brief but specific):

9           a._____

10           b._____

11           c._____

12           d._____

13           Result: _____Date of Result:_____

14      IV.   Name of Court: _____

15           Type of Proceeding: _____

16           Grounds raised (Be brief but specific):

17           a._____

18           b._____

19           c._____

20           d._____

21           Result: _____Date of Result:_____

22    (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                       Yes \_\_\_\_\_    No\_\_\_\_\_

24    Name and location of court: _____

25  B. GROUNDS FOR RELIEF

26      State briefly every reason that you believe you are being confined unlawfully. Give facts to

27  support each claim. For example, what legal right or privilege were you denied? What happened?

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS     - 5 -

1   need more space.  Answer the same questions for each claim.

2        [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3   petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4   499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5        Claim One: I, ERNESTO ADAMOS, MARRIED TO DIANA ADAMOS

6   A U.S. NATIONAL, HAVE PERMANENT ALLEGIANCE TO THE U.S.
    U.S. CLAIM TO BE NOT DEPORTABLE.

7   Supporting Facts:_____

8   PETITION OF U.S. NATIONALITY SUBMITTED TO HON. SECRETARY

9   CONDOLEEZA RICE AND OTHER DOCUMENTS ATTACHED.

10  _____

11       Claim Two: THAT MY WIFE AND I BE RELEASED FROM

12  MONITORING DEVICE AND CURFEW HOURS THAT TORTURES OUR
    LIFE FOR ALMOST 1 MONTH NOW.

13  Supporting Facts:_____

14  GPS MONITORING DEVICE CONNECTED TO OUR ANKLES

15  THAT MAKE US FEEL CRIMINALS.

16  _____

17       Claim Three: THAT MY WIFE AND I REQUIRED TO REPORT TO

18  ICE DEPARTMENT (CALLED ISAP), 3 TIMES A WEEK AND EVERY
    MONDAY HOME VISIT.

19  Supporting Facts:_____

20  SCHEDULE OF OUR DAILY ACTIVITIES BE SUBMITTED

21  WEEKLY. (SEE COPIES PLEASE.)

22  _____

23       If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  CLAIM ONE WAS NOT SUBMITTED TO THE COURT DUE TO LACK OF

26  KNOWLEDGE OF LAWYERS PERTAINING TO MY CLAIM ALTHOUGH

27  I MENTIONED IT SEVERAL TIMES TO ATTY MOLINAR, ATTY

28  SHUSTERMAN, ATTY JOHNSON + ATTY LENSEN + ATTY
    GURFINKLE + ASSOCIATES.

PET. FOR WRIT OF HAB. CORPUS          - 6 -

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning

3  of these cases:

4    _SECTION  237  OF  INA_____

5    _SECTION  240  OF  INA_____

6    _____

7  Do you have an attorney for this petition?              Yes____    No__✓__

8  If you do, give the name and address of your attorney:

9    _____

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on __8/28/2008_____        _____

14            Date                  Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS          - 7 -

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**(a) PLAINTIFFS**

ERNESTO AND DIANA ADAMOS

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

783 GREENLEAF DR.
BRENTWOOD, CA. 94513   E-filing

**DEFENDANTS**

RODERICK ARCE - USICE
DANIEL BIBLE - USICE
U.S. ATTY. GENERAL MICHAEL B. MUKASEY

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

# WHA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

PERSONAL INJURY
- [ ] 362 Personal Injury— Med. Malpractice
- [ ] 365 Personal Injury — Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
  Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 463 Habeas Corpus – Alien Detainee
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

- [ ] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE

SIGNATURE OF ATTORNEY OF RECORD

08-4116 WHA