US DISTRICT COURT
NORTHERN DIST OF CALIFORNIA
CASE NO. 4116, CV08, WHA

DECLARATION OF ERNESTO D. ADAMOS

FILED
08/29/2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

I, ERNESTO D. ADAMOS, JR., MARRIED TO DIANA B. ADAMOS, HEREBY DECLARE THAT I DO NOT INTEND TO LEAVE THE UNITED STATES BY MEANS OF DEPORTATION OF THE UNITED STATES IMMIGRATION + CUSTOMS ENFORCEMENT.

I DECLARE THAT I AM A U.S. NATIONAL, AND THEREFORE NOT DEPORTABLE.

A PETITION FOR THE ISSUANCE OF US NATIONAL CERTIFICATE HAS BEEN FILED TO THE OFFICE OF THE U.S. SECRETARY OF STATE, HONORABLE CONDOLEEZA RICE.

A PETITION FOR THE WRIT OF HABEAS CORPUS WAS ALSO FILED AT THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, WITH CASE NO. 4116, CV08, WHA, ON BEHALF OF ERNESTO AND DIANA ADAMOS.

MAY THIS SERVE AS CLARIFICATION FOR WHATEVER CONFLICT OF STATEMENTS THAT I HAVE MADE OR I HAVE SIGNED WITH THE OFFICE OF ISAP PRIOR TO THIS DATE.

ERNESTO D. ADAMOS, JR.

_____
SIGNED

CC:
1. ISAP REPRESENTATIVE PRESCILLA
2. RODERICK ARCE — USICE
3. DANIEL BIBLE — USICE
4. US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA CASE NO. 4116, CV08, WHA
5. U.S. ATTORNEY GENERAL MICHAEL MUKASEY